UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**JEREMY RUSSELL MOYER,** :

    **Plaintiff**      **CIVIL ACTION NO. 3:18-1740**

**v**

     **(JUDGE MANNION)**

**PRIME CARE, INC.,** *et al.,*

    **Defendants**

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this order is deemed frivolous and not taken in good faith. See 28 U.S.C. §1915(a)(3).

                         s/ *Malachy E. Mannion*
                         **MALACHY E. MANNION**
                         **United States District Judge**

**Dated: September 11, 2019**
18-1740-01-ORDER